### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

**William Ball, et al.**

   **v.**                                      Case No. 04-cv-183-PB

**Barrett Ripley, et al.**

### O R D E R

I represented Troy Mills Inc. in several environmental matters between 1987 and 1992.  It does not appear from the pleadings, however, that my former representation of Troy Mills could give rise to either an actual or potential conflict of interest because I did not have any dealings with the plaintiffs and my work on behalf of the company was many years ago and on unrelated matters.  Any party who believes otherwise shall file a supporting memorandum on or before December 15, 2005 explaining why an actual or potential conflict exists.

    SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

December 5, 2005

cc:  Francis G. Murphy, Jr., Esq.
     Gregory Moffett, Esq.
     James Ogorchock, Esq.
     John J. Cronin, III, Esq.
     Russell Hilliard, Esq.
     Russell Beck, Esq.