UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William Ball, et al</u>

           v.                          Case No. 04-cv-183-PB

<u>Barrett Ripley, et al.</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

April 4, 2005                                       /s/ Paul Barbadoro
                                                                   Paul Barbadoro
                                                                   United States District Judge

cc:     Counsel of Record